UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SANDUSKY WELLNESS CENTER LLC,  )<br><br>Plaintiff,                                         )<br><br>v.                                                     )<br><br>COLLEGE PHARMACY, INC. and        )<br>JERRY GILLICK,                                )<br><br>Defendants.                            ) | Case No. 3:12-CV-01471<br><br><br>JUDGE JEFFREY J. HELMICK |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF ATTORNEY SCOTT T. SCHUTTE**

Pursuant to Local Rule 83.5(h) of the Rules of the United States District Court for the Northern District of Ohio, Plaintiffs College Pharmacy, Inc. and Jerry Gillick ("Plaintiffs") move this Court to grant leave for attorney Scott T. Schutte to appear *pro hac vice* in this action on their behalf.  In support of this motion, the undersigned asserts the following:

1.      Mr. Schutte is an attorney with the Chicago office of the law firm of Morgan Lewis & Bockius, LLP, which is located at 77 W. Wacker Drive, Fifth Floor, Chicago, Illinois  60601. His business telephone number is (312) 324-1773, and his business facsimile number is (312) 324-1001.

2.      The declaration of Mr. Schutte, which is offered in support of this Motion and contains the specific information required by Local Rule 83.5(h), is attached hereto as Exhibit A.

3.      As noted in his declaration, Mr. Schutte is a member in good standing of the courts

1

in which he is admitted.  Furthermore, no disciplinary proceedings have been filed or are pending against him, and he has not been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.  As also noted, he has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of any bar.

    4.     The undersigned is tendering the required filing fee with this Motion.

    WHEREFORE, Plaintiffs respectfully request that this Court grant attorney Scott T. Schutte limited admission to appear in this Court, in this particular proceeding, on their behalf.

Respectfully submitted,

s/  Kerri L. Keller
Kerri L. Keller (#0075075)
kkeller@brouse.com
Amanda M. Leffler (#0075467)
aleffler@brouse.com
BROUSE MCDOWELL
388 South Main Street, Suite 500
Akron, Ohio  44311-4407
Phone: (330) 535-5711
Fax:  (330) 253-8601

*Counsel for Defendants,*
*College Pharmacy, Inc. and Jerry Gillick*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 16, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.


s/  Kerri L. Keller
Kerri L. Keller (#0075075)


845196